IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ARTAVIAS CHOVAN COLE | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-20 |
| BOB WORTHAM, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Artavias Chovan Cole, a pretrial detainee currently confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Bob Wortham, Jamie Smith, Mike Laird, Racheal Grove, and John B. Stevens.

The court referred this matter to the United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting Plaintiff's Motion to Voluntarily Dismiss this case (Doc. # 6).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **20** day of **September, 2021.**

_____
Thad Heartfield
United States District Judge

---

[1] Plaintiff received a copy of the Report and Recommendation on March 29, 2021 (Doc. # 7).